```
1  Michael H. Kalkstein (Bar No. 41417)
   Chris Scott Graham (Bar No. 114498)
2  David C. Bohrer (Bar No. 212397)
   Shawn A. Mangano (Bar No. 208067)
3  OPPENHEIMER WOLFF & DONNELLY LLP
   1400 Page Mill Road
4  Palo Alto, California 94304
   Telephone: (650) 320-4000
5
6  Attorneys for Plaintiff
   KLA-Tencor Corporation
7
```

OCT 2 2 2001

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADE CORPORATION, a Massachusetts corporation,<br><br>Defendant. | Case No. C 01-20996 RS<br><br>**COMPLAINT FOR DECLARATORY RELIEF (NON-INFRINGEMENT AND INVALIDITY)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff KLA-Tencor Corporation ("KLA-Tencor") alleges the following against Defendant ADE Corporation ("ADE"):

### PARTIES

1. KLA-Tencor is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in San Jose, California.

2. KLA-Tencor is informed and believes, and thereon alleges, that ADE is a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business in Westwood, Massachusetts.

## JURISDICTION AND VENUE

3.  This is an action under the Declaratory Judgment Act, 28 U.S.C. § 2201, for entry of judgment that KLA-Tencor is not infringing the patent rights of ADE and/or that ADE's allegedly infringed patent is invalid and unenforceable. Accordingly, subject matter jurisdiction is appropriate under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338 (patent jurisdiction).

4.  Venue is proper in the Northern District pursuant to 28 U.S.C. § 1391(b) and (c) because, among other things, ADE's Western Sales Office is located in Milpitas, California.

5.  Assignment to this division is proper pursuant to Civil L.R. 3-2 because KLA-Tencor's principal place is located in Santa Clara county, ADE's Western Sales Office is located in Santa Clara county and a substantial part of the events which give rise to KLA-Tencor's claim occurred in Santa Clara county.

## FIRST CLAIM FOR RELIEF
## (DECLARATORY JUDGMENT OF NON-INFRINGEMENT)

6.  KLA-Tencor is informed and believes, and thereon alleges that ADE owns all rights, title and interest in and to the Unites States Patent No. 6,292,259 B1 (the "'259 Patent"), entitled "Wafer Inspection System for Distinguishing Pits and Particles" which was issued by the United States Patent and Trademark Office on September 18, 2001. A copy of the '259 Patent is attached hereto as Exhibit A.

7.  On June 13, 2001, ADE stated to KLA-Tencor that the application maturing into the '259 Patent had been allowed by the United States Patent and Trademark Office. ADE expressly stated ADE would be suing KLA-Tencor for patent infringement of the '259 Patent. ADE again renewed its threat of litigation against KLA-Tencor for infringement of the '259 Patent on September 18, 2001 and October 4, 2001. However, as of the filing of this action ADE has not filed any claims in any other action between ADE or KLA-Tencor, or otherwise filed suit against KLA-Tencor, for infringement of the '259 Patent. Accordingly, a controversy has arisen and now exists between KLA-Tencor and ADE concerning KLA-Tencor's ability to, among other things, make, use, sell and/or offer products for sale in the United States which ADE

asserts infringe its '259 Patent.

8. KLA-Tencor thus brings this action as it desires a judicial determination that it is not infringing the '259 Patent, thereby authorizing it to, among other things, make, use, sell and/or offer products for sale in the United States without fear of liability.

## SECOND CLAIM FOR RELIEF
## (DECLARATORY JUDGMENT OF PATENT INVALIDITY)

9. KLA-Tencor hereby realleges and incorporates by reference the allegations of paragraphs 7 through 8 above.

10. KLA-Tencor is informed and believes, and thereon alleges that the '259 Patent is invalid and unenforceable by ADE because of failure to comply with the requirements of 35 U.S.C. §§ 101, 102, 103, 112 and 116.

11. KLA-Tencor is informed and believes, and thereon alleges that the '259 Patent is invalid and unenforceable by ADE because of inequitable conduct committed during the prosecution of the '259 Patent, including but not limited to:

　　A. Failure to include Yuri A. Eremin ("Eremin"), a Russian scientist working in conjunction with ADE, as an inventor on the '259 Patent with an intent to deceive the United States Patent and Trademark Office;

　　B. Failure to disclose Eremin's contributions to the subject matter described in the '259 Patent, as well as additional material prior art references authored by Eremin that were known to the inventors and/or participants in the patent process;

　　C. Failure to disclose other material prior art references that were known to the inventors and/or participants in the patent process.

12. KLA-Tencor desires a judicial determination that the '259 Patent is invalid and unenforceable, thereby authorizing KLA-Tencor to, among other things, make, use, sell and/or offer products for sale in the United States without fear of liability.

## PRAYER FOR RELIEF

WHEREFORE, KLA-Tencor prays for judgment against ADE, and requests that this Court:

A.  Adjudge that the '259 Patent is not infringed by KLA-Tencor;

B.  Adjudge that the '259 Patent is invalid and unenforceable;

C.  Award KLA-Tencor its costs, expenses and reasonable attorneys' fees incurred in bringing and prosecuting this action; and

D.  Award such other and further relief as the Court deems just and proper.

DATED: October 18, 2001                OPPENHEIMER WOLFF & DONNELLY LLP


By _____
Michael H. Kalkstein
Chris Scott Graham
David C. Bohrer
Shawn A. Mangano

Attorneys for Plaintiff
KLA-Tencor Corporation

Complaint for Declaratory Relief
(Non-Infringement and Invalidity)

4

SV/213527.01
10182001/09:10/18498.25

## DEMAND FOR JURY TRIAL

KLA-TENCOR hereby demands trial by jury of all issues triable to a jury.

DATED: October 1?, 2001          OPPENHEIMER WOLFF & DONNELLY LLP


By _____
   Michael H. Kalkstein
   Chris Scott Graham
   David C. Bohrer
   Shawn A. Mangano

   Attorneys for Plaintiff
   KLA-Tencor Corporation

---

Complaint for Declaratory Relief
(Non-Infringement and Invalidity)

5

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to support.

DATED: October 18, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By _____
Michael H. Kalkstein
Chris Scott Graham
David C. Bohrer
Shawn A. Mangano

Attorneys for Plaintiff
KLA-Tencor Corporation